**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **FELIPE CUEVAS-LEYVA,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CIV-26-2741-J** |
| | ) | |
| **FRED FIGUEROA, et al.,** | ) | |
| | ) | |
| **Respondents.** | ) | |

**ORDER**

Petitioner Felipe Cuevas-Leyva, a noncitizen proceeding pro se, filed a Petition for Temporary Restraining Order ("Motion"). Doc. 2. Petitioner seeks, among other relief, an injunction preventing "any transfer outside the jurisdiction or any removal from the United States . . . until [his] case can be fairly reviewed." *Id.* at 2. Thus, the Motion includes within its scope a request to enjoin Respondents from removing Petitioner from the United States before judgment is issued in this matter.

In light of the opinion issued in *Abedi v. Carter*, --- F.4th ----, No. 25-3179, 2026 WL 3149141, at *10-14 (10th Cir. Oct. 21, 2026), Respondents are **ORDERED** to file a response to the Motion not later than **October 30, 2026**, addressing whether injunctive relief is proper.

**IT IS SO ORDERED** this 23rd day of October, 2026.

Chris M. Stephens
CHRIS M. STEPHENS
UNITED STATES MAGISTRATE JUDGE