**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| FELIPE CUEVAS-LEYVA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. CIV-26-2741-J |
| | ) | |
| FRED FIGUEROA, et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

Petitioner Felipe Cuevas-Leyva, a Mexican citizen proceeding pro se, filed a Petition for Writ of Habeas Corpus challenging his detention with Immigration and Customs Enforcement. [Doc. No. 1]. The matter was referred to United States Magistrate Judge Chris M. Stephens consistent with 28 U.S.C. § 636(b)(1)(B), (C). Judge Stephens issued a Report and Recommendation recommending that the Court (1) grant the Petition in part and (2) order Respondents to provide Petitioner with a bond hearing under 8 U.S.C. § 1226(a) within seven days or otherwise release him. [Doc. No. 17]. No party objected by the November 4, 2026 deadline, and all have waived their right to de novo review. *See Casanova v. Ulibarri*, 595 F.3d 1120, 1123 (10th Cir. 2010).

Accordingly, the Report and Recommendation [Doc. No. 17] is ADOPTED, Petitioner's Petition [Doc. No. 1] is GRANTED IN PART, and Respondents are ORDERED to provide Petitioner with a bond hearing pursuant to 8 U.S.C. § 1226(a) within seven days of the date of this Order, or release Petitioner if no hearing occurs within that period. Respondents SHALL certify compliance within ten days of the date of this Order.

A separate judgment will enter.

IT IS SO ORDERED this 12th day of November, 2026.

BERNARD M. JONES, II
UNITED STATES DISTRICT JUDGE